

ZELLER & WIELICZKO, LLP
Attorneys for the
Willingboro Defendants

Woodcrest Pavilion
Ten Melrose Avenue, Suite 400
Cherry Hill, New Jersey  08003
Phone:  856-428-6600

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| THE ESTATE OF TYRONE AWKWARD and CELESTINE WASHINGTON, *Administratrix ad Prosequandum o.b.c. the Est. of Tyrone Awkward* and in her own right,<br><br>        Plaintiffs,<br><br>vs.<br><br>WILLINGBORO POLICE DEPARTMENT, TOWNSHIP OF WILLINGBORO, OFC. JAMES PARTON; OFC. ROBERT PARTON; OFC. CURTIS HANKEY; OFC. ROBERT BURGESS; OFC. MATTHEW VALENTE; OFC. IAN BUCK; SGT. JAMES McKENDRICK; SGT. TIMOTHY REYNOLDS; SGT. RICHARD COUPE; CAPTAIN DONNA DIMITRI; CAPTAIN BRIAN CANTWELL, BENJAMIN C. BRAXTON; TARA WOLOZYN; LESTER A. DRENK BEHAVIORAL HEALTH CENTER; JANE ROE SCIP INTAKE WORKER # 1-5; JOHN DOE # 1-10 and JOHN DOE ENTITY # 1-5,<br><br>        Defendants. | Civil Action No:<br>1:07-cv-05083-NLH-JS<br><br>Civil Action<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SERGEANT TIMOTHY REYNOLDS, OFFICER CURTIS HANKEY AND OFFICER ROBERT BURGESS ONLY** |

The matter in difference in the above entitled action having been amicably adjusted by and between the Plaintiffs and Defendants, Sergeant Timothy Reynolds, Officer Curtis Hankey and Officer Robert Burgess only, it is hereby stipulated and agreed that the same be



and hereby is dismissed as to Defendants, Sergeant Timothy Reynolds, Officer Curtis Hankey and Officer Robert Burgess <u>only</u>, with prejudice and without costs against either party.

Dated: 1/29/10

ZELLER & WIELICZKO, LLP
Attorneys for the Willingboro
Defendants, including Defendants
Sergeant Timothy Reynolds, Officer
Curtis Hankey and Officer Robert
Burgess

By: _____
MATTHEW B. WIELICZKO, Esquire

Dated: 1-27-10

JARVE KAPLAN GRANATO, LLC
Attorneys for Plaintiffs

By: _____
ADAM M. STARR, Esquire

Ten Melrose Avenue
Suite 400
Cherry Hill, NJ 08003
P 856.428.6600
F 856.428.6314