UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE ESTATE OF TYRONE AWKWARD and CELESTINE WASHINGTON, *Administratrix ad Prosequandum o.b.o. the Estate of Tyrone Awkward, and in her own right,*<br>    Plaintiffs,<br><br>    v.<br><br>WILLINGBORO POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Civil Action<br>07-5083(NLH)(JS)<br><br><br><br><br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 30th day of September, 2010

ORDERED that defendants' motion for summary judgment [34] is GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to mark this matter as CLOSED.

s/ Noel L. Hillman

At Camden, New Jersey           NOEL L. HILLMAN, U.S.D.J.